# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

(609) 734-6351

December 17, 2010

**VIA ELECTRONIC FILING**

Clerk, United States District Court
United States District Court
Martin Luther King Blvd.
Federal Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re: Notice of Removal**
> **Kamal William Bishara v. Home Depot, et al.**

Dear Sir/Madam:

On behalf of the Defendant Home Depot U.S.A., Inc. in the above matter, attached please Notice of Removal Package.

By copy of this letter, we are simultaneously serving the Notice of Removal Package upon the Deputy Clerk, Essex County Superior Court and our adversaries.

Respectfully submitted,
HILL WALLACK LLP

Suzanne M. Marasco

SMM/wcc
Encs.
cc:     Clerk, Essex County Superior Court (via Lawyer's Service)
        Tom Sellinger, Esq. (via Lawyer's Service)

{F:\WDOX\DOCS\013277\00078\02303975; 1}
17 Gordon's Alley, Atlantic City, NJ 08401   |   777 Township Line Road, Suite 250, Yardley, PA 19067

HILL WALLACK LLP
202 Carnegie Center
P. O. Box 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
Attorneys for Defendant Home Depot U.S.A., Inc.
by Suzanne M. Marasco, Esq.  SMM 7439

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KAMAL WILLIAM BISHARA,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC.

     Defendant(s).

Civil Action

**NOTICE OF FILING OF REMOVAL**

**FILED ELECTRONICALLY**

To    Timothy S. Sellinger, Esq.
     Sellinger & Sellinger
     1144 Clifton Avenue
     Clifton, NJ 07013
     Attorney(s) for Plaintiff

**PLEASE TAKE NOTICE** that in the above entitled action, Defendant Home

Depot U.S.A., Inc. has this day filed a Notice of Removal, a copy of which is attached

hereto, in the Office of the Clerk of the United Stated District Court for the District of

New Jersey.  You are advised that the Defendant, upon filing of said Notice of Removal,

filed a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law

Division, Essex County, which has effected this removal, in accordance with U.S.C.

1446(b).

HILL WALLACK LLP

By: _____
     Suzanne M. Marasco, Esq.

Dated:  December 17, 2010

HILL WALLACK LLP
202 Carnegie Center
P. O. Box 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
Attorneys for Defendant Home Depot U.S.A., Inc.
by Suzanne M. Marasco, Esq.  SMM 7439

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAMAL WILLIAM BISHARA,<br><br>      Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>      Defendant(s). | Civil Action<br><br>**NOTICE OF REMOVAL**<br><br>**FILED ELECTRONICALLY** |

To:    Clerk, United States District Court, District of New Jersey

Defendant, Home Depot U.S.A., Inc., herein files this Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Essex County, to the United States District Court for the District of New Jersey, and respectfully represents as follows:

1.    On or about October 22, 2010, Plaintiff filed a Complaint and Jury Demand in the Superior Court of New Jersey, Law Division, Essex County, against Defendant Home Depot U.S.A., Inc. A copy of the Complaint and all other pleadings received by this Defendant Home Depot U.S.A., Inc. are attached hereto and made a part hereof as **Exhibit A**.

2.    A summons was issued to Defendant Home Depot U.S.A., Inc. on or about November 8, 2010.

3.     On December 17, 2010 we received the plaintiff's Proof of Service regarding the service for the summons and complaint in this matter.

4.     According to the summons and complaint, the same were served upon an employee of Defendant Home Depot U.S.A., Inc. at the Jersey City, New Jersey Home Depot Store on or about November 12, 2010.   This employee is not an officer, director, trustee, or the managing or registered agent of the defendant nor is the Jersey City Home Depot store this defendant's principal place of business.

5.     Thus, service was not properly made in accordance with either the New Jersey Rules of Court or Federal Rules of Civil Procedure on this defendant.

6.     As of this date, Defendant Home Depot U.S.A., Inc. has not filed responsive pleadings in this action commenced by Plaintiff in the Superior Court of New Jersey, Law Division, Essex County, and no other proceedings have transpired in that action to our knowledge.

7.     Defendant Home Depot U.S.A., Inc. is a Delaware Corporation with its principal place of business located in Atlanta, Georgia.

8.     The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it arises between citizens of different states, and the amount in controversy is alleged to be in excess of $75,000, exclusive of interest and costs.

9.     Pursuant to the above and pursuant to 28 U.S.C. §1441(a), Defendant Home Depot U.S.A., Inc. seeks removal of this action to Federal Court.

**WHEREFORE,** Defendant Home Depot U.S.A., Inc. pray that the above captioned matter, now pending in the Superior Court of New Jersey, Law Division,

Essex County, be removed to the United States District Court for the District of New Jersey.

HILL WALLACK LLP
Attorney for Home Depot U.S.A., Inc.

By: _____

Dated:  December 17, 2010                                    Suzanne M. Marasco, Esq.

# EXHIBIT A

{F:\WDOX\DOCS\013277\00078\02303975; 1}

28733

Sellinger & Sellinger, P.A.
A Professional Corporation
1144 Clifton Avenue
P.O. Box 328
Clifton, New Jersey 07015
Phone: (973) 365-1676
Attorney for Plaintiff(s)
Our File No.: 28733

---

|  |  |  |
|---|---|---|
| KAMAL WILLIAM BISHARA | : | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION:ESSEX COUNTY** |
|  | : | **DOCKET NO.: ESX-L- 875-7-10** |
| Plaintiff(s) | : |  |
| vs. | : | **CIVIL ACTION** |
| THE HOME DEPOT U.S.A., INC. | : | **COMPLAINT** |
|  |  | **AND JURY DEMAND** |
| Defendant(s) | : |  |

Plaintiff(s) William Bishara residing at 48 Godwin Place in the City of Clifton, County of

Passaic and the State of New Jersey complaining of the defendant(s) says:

## FIRST COUNT

1. On or about 11/22/2008, the plaintiff, William Bishara was a lawful pedestrian upon
the property of the defendant, located at 440 Route 440, in the City of Jersey City, County of

Hudson and State of New Jersey with a place of business located at 399-443 Springfield Avenue,

in the City of Newark, County of Essex and State of New Jersey.

2. At all times mentioned herein, the defendant, The Home Depot, was the owner,

occupant, lessee, agent and/or person in control of said property in which it was maintained,

controlled, repaired, constructed and operated in such a careless and negligent manner so as to

cause the plaintiff to fall and become injured.

3. As a result of the negligence of the defendant as stated aforesaid, plaintiff, William

Bishara, was seriously injured, suffered great pain and was prohibited from attending to his normal tasks and duties and has and will be compelled to expend large sums of money for medical attention.

4. Defendant breached warranty of habitability. The defect which cause plaintiff to become injured constitutes a nuisance.

**WHEREFORE**, plaintiff demands judgment against the defendant(s) in the First Count together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff, William Bishara repeats and makes a part hereof all of the allegations contained in the preceding Count of the Complaint.

2. As a result thereof aforesaid plaintiff, sustained severe personal injuries, suffered great pain and was/were compelled to undergo medical treatment and was caused to incur medical and hospital expenses and lost wages.

**WHEREFORE**, plaintiff demands judgment on this Count together with interest and cost of suit.

## TRIAL COUNSEL DESIGNATION

Plaintiff hereby designates James G. Sellinger as trial counsel for all claims asserted herein.

## JURY DEMAND

Plaintitffs, herein demand trial by jury on all issues.

Sellinger & Sellinger, P.A.
Attorney for Plaintiff(s)

Dated: October 21, 2010

/S/ TIMOTHY S. SELLINGER

By: Timothy S. Sellinger

_Appendix XII-B1_

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under _Rule_ 4:5-1
Pleading will be rejected for filing, under _Rule_ 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**

PAYMENT TYPE: ☐ CK ☐ CG ☐ CA

CHG/CK NO.

AMOUNT:

OVERPAYMENT:

BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Timothy S. Sellinger | 973 365-1676 | Essex County |

FIRM NAME (if applicable)
Sellinger & Sellinger, P.A.

DOCKET NUMBER (when available)
ESX-L-8757-10

OFFICE ADDRESS
1144 Clifton Avenue
P.O. Box 328
Clifton, New Jersey  07015

DOCUMENT TYPE
Complaint

JURY DEMAND  ☑ YES  ☐ NO

NAME OF PARTY (e.g., John Doe, Plaintiff)
Kamal William Bishara

CAPTION
Bishara vs. The Home Depot U.S.A. Inc.

CASE TYPE NUMBER (See reverse side for listing)
605

IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☑ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A -27 AND APPLICABLE CASE LAW
REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING?  ☐ YES  ☑ NO

IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES
(arising out of same transaction or occurrence)?  ☐ YES  ☑ No

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)
Sedgwick CMS third party admin. of liability  ☐ NONE  ☐ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ☑ No

IF YES, IS THAT RELATIONSHIP:
☐ EMPLOYER/EMPLOYEE
☐ FAMILIAL
☐ FRIEND/NEIGHBOR
☐ BUSINESS
☐ OTHER (explain)

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☑ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

Falldown accident.

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES  ☑ No

IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

WILL AN INTERPRETER BE NEEDED?  ☐ YES  ☑ No

IF YES, FOR WHAT LANGUAGE?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with _Rule_ 1:38-7(b).

ATTORNEY SIGNATURE: /S/ TIMOTHY S. SELLINGER



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151  NAME CHANGE
175  FORFEITURE
302  TENANCY
399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502  BOOK ACCOUNT (debt collection matters only)
505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
506  PIP COVERAGE
510  UM or UIM CLAIM
511  ACTION ON NEGOTIABLE INSTRUMENT
512  LEMON LAW
801  SUMMARY ACTION
802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
999  OTHER (Briefly describe nature of action)

### Track II - 300 days' discovery
305  CONSTRUCTION
509  EMPLOYMENT (other than CEPA or LAD)
599  CONTRACT/COMMERCIAL TRANSACTION
603  AUTO NEGLIGENCE – PERSONAL INJURY
605  PERSONAL INJURY
610  AUTO NEGLIGENCE – PROPERTY DAMAGE
699  TORT – OTHER

### Track III - 450 days' discovery
005  CIVIL RIGHTS
301  CONDEMNATION
602  ASSAULT AND BATTERY
604  MEDICAL MALPRACTICE
606  PRODUCT LIABILITY
607  PROFESSIONAL MALPRACTICE
608  TOXIC TORT
609  DEFAMATION
616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617  INVERSE CONDEMNATION
618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303  MT. LAUREL
508  COMPLEX COMMERCIAL
513  COMPLEX CONSTRUCTION
514  INSURANCE FRAUD
620  FALSE CLAIMS ACT
701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
280  Zelnorm
285  Stryker Trident Hip Implants
288  Prudential Tort Litigation

### Mass Tort (Track IV)
248  CIBA GEIGY
266  HORMONE REPLACEMENT THERAPY (HRT)
271  ACCUTANE
272  BEXTRA/CELEBREX
274  RISPERDAL/SEROQUEL/ZYPREXA
275  ORTHO EVRA
277  MAHWAH TOXIC DUMP SITE
278  ZOMETA/AREDIA
279  GADOLINIUM

281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282  FOSAMAX
283  DIGITEK
284  NUVARING
286  LEVAQUIN
287  YAZ/YASMIN/OCELLA
601  ASBESTOS
619  VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category
☐ Verbal Threshold        ☐ Putative Class Action        ☐ Title 59

Effective 04/01/2010, CN 10517-English

Case 2:10-cv-06573-JLL-MAH Document 1 Filed 12/17/10 Page 11 of 12 PageID: 187

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK            NJ 07102

COURT TELEPHONE NO. (973) 693-5529          TRACK ASSIGNMENT NOTICE
COURT HOURS

                    DATE:    OCTOBER 25, 2010
                    RE:      BISHARA VS THE HOME DEPOT USA INC
                    DOCKET: ESX L -008757 10

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON DENISE A. COBHAM

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (973) 693-6443 EXT 6431..

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.

                    ATTENTION:

                         ATT: TIMOTHY S. SELLINGER
                         SELLINGER & SELLINGER
                         1344 CLIFTON AVENUE
                         CLIFTON          NJ 07013

JUMJB3

Sellinger & Sellinger, P.A.
Attorney for Plaintiff (s)
1144 Clifton Avenue
P.O. Box 328
Clifton, New Jersey  07015
(973) 365-1676
Our File No: 28733

---

KAMAL WILLIAM BISHARA

        Plaintiff(s)

vs.

THE HOME DEPOT U.S.A., INC.

        Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:ESSEX COUNTY
DOCKET NO.: ESX-L-8757-10

:

:        Civil Action
             AMENDED
:       S U M M O N S

:

:

---

From the State of New Jersey
To the Defendant(s) named above:

## THE HOME DEPOT U.S.A., INC.

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your Answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

DATED: 11/08/2010

                             /s/Jennifer M. Perez
                             JENNIFER M. PEREZ,Clerk Superior Court

Name of defendant to be served:
Address of the Defendant(s) to be served:

THE HOME DEPOT U.S.A., INC.
440 ROUTE 440
JERSEY CITY, NJ 07302

*$135.00 FOR CHANCERY DIVISION CASES OR $135.00 FOR LAW DIVISION CASES
31-Summons - Law or Chancery Division
Superior Court - Appendix XII-A
Rev. 9/96